**Opinion filed July 25, 2024**



## In The

# Eleventh Court of Appeals

_____

## No. 11-23-00260-CR

_____

## JAMES EARL MILES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 70th District Court**
**Ector County, Texas**
**Trial Court Cause No. A-22-0982-CR**

### M E M O R A N D U M   O P I N I O N

The jury convicted Appellant, James Earl Miles, of the third-degree felony offense of failure to comply with sex offender registration requirements. *See* TEX. CODE CRIM. PROC. ANN. art. 62.102(b)(2) (West 2018); 62.051(a), (c)(7) (West Supp. 2023). The evidence presented at the guilt/innocence phase of trial included testimony from the registration officer who discovered unreported social media accounts that were associated with Appellant. This discovery occurred after the

officer's first meeting with Appellant, wherein she explained the registration requirements and Appellant indicated that he understood. The jury found Appellant guilty of the offense. Appellant pled true to an enhancement paragraph—aggravated assault with a deadly weapon—which enhanced his punishment range to that of a second-degree felony. *See* TEX. PENAL CODE ANN. § 12.42(a) (West 2019). The jury assessed his punishment at imprisonment for thirteen years in the Correctional Institutions Division of the Texas Department of Criminal Justice, and the trial court sentenced Appellant accordingly.

Appellant's court-appointed counsel has filed in this court a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that there are no arguable issues to present on appeal. Counsel provided Appellant with a copy of the brief, a copy of the motion to withdraw, an explanatory letter, and a copy of both the clerk's record and the reporter's record. Counsel advised Appellant of his right to review the record and file a pro se response to counsel's brief. Counsel also advised Appellant of his right to file a petition for discretionary review. *See* TEX. R. APP. P. 68. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant subsequently filed a response to counsel's *Anders* brief. We have reviewed Appellant's response. In addressing an *Anders* brief and a pro se response, a court of appeals may only determine (1) that the appeal is wholly frivolous and issue an opinion explaining that it has reviewed the record and finds no reversible error or (2) that arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues. *Schulman*, 252 S.W.3d at 409; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005).

Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree with counsel that no arguable grounds for appeal exist.[1]

We grant counsel's motion to withdraw, and we affirm the judgment of the trial court.

W. BRUCE WILLIAMS
JUSTICE

July 25, 2024

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]We note that Appellant has a right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.